**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-20178-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**DANE ROSEMAN** and
**IVAN ACEVEDO**,

    Defendants.
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** came before the Court on June 3, 2019 for a status conference, and upon Defendants' *ore tenus* Motion to Continue the Trial. The Court has considered the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The interests of justice served by a continuance outweigh any interest of the public or the Defendants in a speedy trial. As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was presented, June 3, 2019, to including the date trial commences – is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161. The parties shall adhere to the following pre-trial and trial schedule:

    1.    All pre-trial motions and motions *in limine* must be filed by **December 16, 2019**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion. Motions *in limine* may exceed the page limits allowed by the Rules.

CASE NO.   19-20178-CR-ALTONAGA

2. The deadline for the tendering of guilty pleas is **January 27, 2020**. *See, e.g.*, *United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

3. Calendar call will be held on **Tuesday, February 11, 2020 at 9:00 a.m.** The case is set for **Jury Trial** during the two-week trial period that begins **February 18, 2020**.

4. A status conference is scheduled for **July 8, 2019 at 1:00 p.m.** As Defendants reside in California, they are permitted to appear at this status conference, and any future status conferences, *via* video conference from their local courthouse(s). Counsel for Defendants shall contact the Court's Courtroom Deputy to make the necessary arrangements.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of June, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record