UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20178-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**DANE ROSEMAN** and **IVAN ACEVEDO**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendants' Joint Objections [ECF No. 277] to Magistrate Judge's Amended Report and Recommendation Denying Venue Transfer Motion [ECF No. 277]. Having reviewed the Order on Plaintiff's Motion for Reconsideration and Amended Report and Recommendation [ECF No. 272] and the entire record, and having made a *de novo* determination[1] with respect to those portions of the Amended Report to which Defendants formally objected, it is hereby

**ORDERED AND ADJUDGED** that the Order on Plaintiff's Motion for Reconsideration and Amended Report and Recommendation **[ECF No. 272]** are **ADOPTED** in their entirety. Defendants' Joint Motion to Transfer Case **[ECF No. 245]** is **DENIED**.

---

[1] "The Court need not do over every step done by a magistrate judge on which there was some objection. *De novo* review means review without any deference; it does not mean that a district judge must redo the case without consideration of what the magistrate judge has written." *DeJonge v. Burton*, No. 1:16-cv-980, 2018 WL 4929756, at *1 (W.D. Mich. Oct. 11, 2018) (quotation marks and citation omitted).

CASE NO. 19-20178-CR-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 16th day of June, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record