UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20178-CR-ALTONAGA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANE ROSEMAN,

    Defendant.
_____/

**FINAL ORDER OF FORFEITURE**

**THIS CAUSE** is before the Court upon the United States of America's Motion for Final Order of Forfeiture [ECF No. 330]. The Court has considered the Motion and finds as follows:

1. On September 07, 2021, under 18 U.S.C. section 981(a)(1)(C), 21 U.S.C. section 853(p), and Federal Rule of Criminal Procedure 32.2, the Court entered a Preliminary Order of Forfeiture [ECF No. 316], forfeiting, subject to third-party interests, the following property to the United States:

    (i) Real property located at 18028 Erwin Street, Encino, California 91316, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,

    Also known as: LOT 3 OF TRACT NO. 46067, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1150, PAGE(S) 94 AND 95 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

    TAX ID: 2123-023-090.

2. Notice of the criminal forfeiture was posted on an official government internet site (www.forfeiture.gov) for a period of 30 days. (*See* Decl. of Publ'n [ECF No. 328]); *see also* 21 U.S.C. § 853(n)(1); Fed. R. Crim. P. 32.2(b)(6).

3.  Direct notice was sent to any person who reasonably appeared to be a potential claimant with standing to contest the forfeiture, or such person was on actual notice of the forfeiture. (*See generally* Mot., Ex. A, Notice of Forfeiture [ECF No. 330-1]); *see also* Fed. R. Crim. P. 32.2(b)(6)(A); *accord* 21 U.S.C. § 853(n)(1).

4.  The notice advised that any person, other than the Defendant in the above-captioned case, asserting a legal interest in the property sought for final forfeiture may petition the Court for a hearing to adjudicate the validity of that person's alleged interest, within 60 days of the first day of publication or within 30 days of receipt of notice, whichever is earlier. (*See, e.g.*, Notice of Forfeiture 1); *see also* Fed. R. Crim. P. 32.2(b)(6); 21 U.S.C. § 853(n)(2).

5.  In addition, on November 22, 2021, the notice was posted on the real property sought for final forfeiture in an open and conspicuous manner by law enforcement agents. (*See* Return of Executed Service [ECF No. 327]).

6.  The time period for filing a petition claiming an interest in the property sought for final forfeiture has expired, and no petition or claim has been filed.

7.  Under 21 U.S.C. section 853(n)(7), once all third-party petitions have been disposed of and/or if no timely petitions have been filed, "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." *Id.*; *see also* Fed. R. Crim. P. 32.2(c)(2).

8.  Therefore, the United States is entitled to a final order of forfeiture that vests in the United States clear title to the following property:

    (i)  Real property located at 18028 Erwin Street, Encino, California 91316, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,

CASE NO. 19-20178-CR-ALTONAGA

> Also known as: LOT 3 OF TRACT NO. 46067, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1150, PAGE(S) 94 AND 95 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
>
> TAX ID: 2123-023-090.

Accordingly, based on the foregoing, the evidence of record, and for good cause shown, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 330]** is **GRANTED**.

1. Under 18 U.S.C. section 981(a)(1)(C), 21 U.S.C. section 853, and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title, and interest in the following property are forfeited to and vested in the United States of America:

    (i) Real property located at 18028 Erwin Street, Encino, California 91316, including all buildings, fixtures, appurtenances, improvements, attachments and easements found therein or thereon,

    Also known as: LOT 3 OF TRACT NO. 46067, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 1150, PAGE(S) 94 AND 95 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

    TAX ID: 2123-023-090.

2. Any duly authorized law enforcement official may seize and take immediate possession of the property, exercising any and all incidents of ownership with respect thereto, and dispose of such property in accordance with law.

3. The Court retains jurisdiction in this matter for the purpose of enforcing this Order.

**DONE AND ORDERED** in Miami, Florida, this 24th day of January 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record